```
1   CARL M. FALLER  SBN: 70788
    FALLER LAW FIRM
2   Post Office Box 912
    Fresno, CA 93714
3   Tel:  559-226-1534
    Fax:  559-412-4746
4   carl.faller@fallerdefense,com

5   Attorney for Defendant
```

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-00210 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| MIGUEL CALDERON-ZAZUETA, | ) Date: September 23, 2011 |
|  | ) Time: 9:00 am |
| Defendant. | ) Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference is currently set in this matter for September 23, 2011 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until October 28, 2011 at 9:00 am.

The reason for this request is that in order to properly evaluate the defendant's exposure and properly advise him regarding the government's plea offer, it was necessary to obtain the court records for each of the defendant's prior convictions. Although all of the convictions were out of Kern County, one was in Lamont, from which the records were particularly difficult to obtain. The requested continuance will allow counsel to meet and confer with his client and to properly evaluate the plea offer so that the matter may proceed on the requested date.

It is further stipulated that the time between September 23, and October 28, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for discovery, evaluation of the current plea offer and evaluation by the Probation Department.

Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  September 21, 2011             Respectfully submitted,


                                                /s/  Carl M. Faller\_\_\_\_\_
                                                CARL M. FALLER
                                                Attorney for Defendant

                                                BENJAMIN B. WAGNER
                                                United States Attorney


                                      By     /s/ Ian L. Garriques\_\_
                                                IAN L. GARRIQUES
                                                Assistant U.S. Attorney
                                                Attorney for the United States

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for September 23, 2011, at 9:00 am, be continued to October 28, 2011 at 9:00 am.

It is further ORDERED that the time between September 23, 2011 and October 28, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for discovery, evaluation of the current plea offer and evaluation by the Probation Department.

IT IS SO ORDERED.

    Dated:   **September 22, 2011**             **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE